UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Michelle Rosado,

                Plaintiff,                17 Civ. 360 (NSR)(AEK)

   -against-                  **ORDER**

Robert Foley, et al.,

                Defendants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In light of Plaintiff's expressed intention to discontinue this action, the telephonic status conference scheduled for Friday, February 19, 2021 at 10:00 a.m. before Magistrate Judge Krause is hereby **ADJOURNED.**  The parties will receive further direction from Judge Román regarding next steps in this matter.

Dated:  February 12, 2021
         White Plains, New York

                                                **SO ORDERED.**

                                                _____
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge